ADAM R. SLOAN, receiver, &c., petitioner-appellant,

*v.*

HENRY PAUL et al., respondents and appellees.

[Submitted March 22d, 1915.   Decided June 14th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported *ante p. 321, sub nom. The Railway Review et al.* v. *Groff Drill and Machine Tool Co.*

*Messrs. Ott & Carr,* for the appellant.

*Mr. F. Morse Archer* and *Mr. Harrison H. Voorhees,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS —14.

*For reversal*—None.